IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TONI J. YACONETTI, ) | |
| ) | |
| Plaintiff, ) | 3:14-CV-01841-JO |
| ) | |
| v. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, Plaintiff's Application for Fees [# 30] is GRANTED. Attorney fees in the amount of $3,376.79, costs in the amount of $8.75, and expenses in the amount of $5.24 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, subject to reduction for any debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010). A check for the amount remaining after offset for any such debt shall be paid by mailing a check to the address of record for Plaintiff's attorney.

IT IS SO ORDERED this 10th day of February, 2016.

_____
ROBERT E. JONES
United States District Judge